MORTON & CRAIG LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services
JM-5630

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>SANDRA MERCADO | Case No. 17-19467(VFP)<br><br>Chapter 13<br><br>Hearing date: 8-3-17<br><br><br><br>OBJECTION TO CONFIRMATION |

Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ("Wells Fargo"), a secured creditor of the debtor, objects to the debtor's plan for the following reasons:

a. **CRAMDOWN TOO LOW PLAN PAYS NO INTEREST:** Wells Fargo holds a first purchase money security interest encumbering a 2008 NISSAN ALTIMA 4DR SE. In May of 2017 the vehicle with assumed mileage of 102,000 had a clean retail value in the NADA Official Used Car Guide of $7,725.00. The plan must be amended to pay Wells Fargo the vehicle value of $7,725 plus interest at 5.25%. The trustee should compute interest. If interest was pre-computed the trustee would pay Wells Fargo $8,366.16 over 36 months or $8800 over 60 months.

b. **ADEQUATE PROTECTION:** The plan violates Code sections 1325, 361 and 1326. It fails to pay adequate protection payments to Wells Fargo. Wells Fargo requests adequate protection payments **BEFORE AND AFTER CONFIRMATION**. Since

      the debtor is presumably using the vehicle to work and make a living, the vehicle benefits the estate and adequate protection payments must be given super priority administrative expense status and paid **ahead of attorney fees and all priority expenses**.  **Wells Fargo requests adequate protection payments in the amount of $115 per month (being 1.5% of the vehicle value) beginning in June of 2017.**

c. **Request for insurance:**  Wells Fargo requests proof of insurance under Code section 1326(a)(4).

d. **Order of payments:**  The order of payments under the plan must be revised to provide for the priority of adequate protection payments to Wells Fargo that will be paid ahead of attorney fees.

e. **Feasibility:**  The plan may not be feasible if the vehicle is valued correctly.

                                        /s/John R. Morton, Jr.
                                        _____
                                        John R. Morton, Jr., attorney
                                        for Wells Fargo

Date: 7-18-17