Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  17−19467−VFP
          Chapter:  13
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sandra Mercado
   445 Fern Pl
   Elizabeth, NJ 07202−2705

Social Security No.:
   xxx−xx−7688

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       10/19/17
Time:      02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Edward Hanratty, Debtor's Attorney

COMMISSION OR FEES
$2,045.00

EXPENSES
$17.52

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 28, 2017
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-19467-VFP
Sandra Mercado                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2        Date Rcvd: Sep 28, 2017
                        Form ID: 137        Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2017.
```
db              Sandra Mercado,    445 Fern Pl,    Elizabeth, NJ 07202-2705
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
516875899      +Amerimark,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516814743     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX  79998-2235)
516814744       Brylane Home,    PO Box 659728,    San Antonio, TX  78265-9728
516814745       Capital One,    PO Box 30285,    Salt Lake City, UT  84130-0285
516814746       Chase,    PO Box 15298,    Wilmington, DE  19850-5298
516814747       Comenity Bank,    PO Box 182273,    Columbus, OH  43218-2273
516895266      +Country Door,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516857440      +Deutsche Bank National Trust Co.,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516814748       Direct Charge,    1112 7th Ave,    Monroe, WI  53566-1364
516895268      +Direct Charge,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516814749       First Premiere Bank,    PO Box 5524,    Sioux Falls, SD  57117-5524
516814750       Ginny's,    1112 7th Ave,    Monroe, WI  53566-1364
516895269      +Ginny's,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516814751       Home Depot,    PO Box 790328,    Saint Louis, MO  63179-0328
516814753       Midnight Velvet,    1112 7th Ave,    Monroe, WI  53566-1364
516895267      +Midnight Velvet,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516814754       Montgomery Ward,    1112 7th Ave,    Monroe, WI  53566-1364
516895270      +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516872104      +National Collegiate Student Loan Trust 2007-3,    Po Box 4275,    Norcross, GA 30091-4275
516814756       One Step Ahead,    PO Box 2866,    Monroe, WI  53566-8066
516814757       PayPal Credit,    PO Box 105658,    Atlanta, GA  30348-5658
516814759       SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
516814758       Seventh Avenue,    112 W 7th St,    Monroe, WI  53566-1099
516895265      +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516814760       Stoneberry,    PO Box 2820,    Monroe, WI  53566-8020
516814761       Synchrony Bank,    PO Box 105972,    Atlanta, GA  30348-5972
516814762       Target,    PO Box 660170,    Dallas, TX  75266-0170
516814764       Through the Country Door,    1112 7th Ave,    Monroe, WI  53566-1364
516895539       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. BOX 19657,    IRVINE, CA 92623-9657
516814765       Wells Fargo Dealer Services,    PO Box 168048,    Irving, TX  75016-8048
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2017 22:48:46      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2017 22:48:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516814742       E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 22:44:43      Amazon,    PO Box 960013,
                 Orlando, FL  32896-0013
517067046      +E-mail/Text: bncmail@w-legal.com Sep 28 2017 22:48:59      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516928866       E-mail/Text: bkr@cardworks.com Sep 28 2017 22:48:02      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516814752       E-mail/Text: bkr@cardworks.com Sep 28 2017 22:48:02      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY  11804-9001
517045861      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2017 22:48:43      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516814755       E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 22:44:43      Old Navy,    PO Box 530942,
                 Atlanta, GA  30353-0942
517068239       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 22:54:35
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517068337       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 22:54:35
                 Portfolio Recovery Associates, LLC,    c/o Rcs Direct Marketing/Household Bank,    POB 41067,
                 Norfolk VA 23541
516908086       E-mail/Text: bnc-quantum@quantum3group.com Sep 28 2017 22:48:36
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
516814763      +E-mail/Text: bankruptcy@td.com Sep 28 2017 22:48:54      TD Bank,    1701 Marlton Pike E,
                 Cherry Hill, NJ 08003-2335
516875554      +E-mail/Text: bncmail@w-legal.com Sep 28 2017 22:48:59      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 13
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 28, 2017
                              Form ID: 137             Total Noticed: 45

517065864*      +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006- HE3 Mortgage Pass-Through Certificates, Series
               2006-HE3 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Edward   Hanratty    on behalf of Debtor Sandra   Mercado thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5