Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−19467−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sandra Mercado
   445 Fern Pl
   Elizabeth, NJ 07202−2705

Social Security No.:
   xxx−xx−7688

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/5/18 at 11:00 AM

to consider and act upon the following:

*30* − Application for Compensation for Edward Hanratty, Debtor's Attorney, period: to, fee: $12.00, expenses: $. Filed by Edward Hanratty. Objection deadline is 3/6/2018. (Attachments: # 1 Exhibit # 2 Proposed Order) (Hanratty, Edward)

*32* − Objection to Attorney's Application for Compensation (related document:30 Application for Compensation for Edward Hanratty, Debtor's Attorney, period: to, fee: $12.00, expenses: $. Filed by Edward Hanratty. Objection deadline is 3/6/2018. (Attachments: # 1 Exhibit # 2 Proposed Order) filed by Debtor Sandra Mercado) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 3/8/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court