Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−19467−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sandra Mercado
445 Fern Pl
Elizabeth, NJ 07202−2705

Social Security No.:
xxx−xx−7688

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 25, 2017.

On 04/06/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:            May 3, 2018
Time:             10:00 AM
Location:            Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
of a secure claim, such holders acceptance or rejection of the Plan before modification will
be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 10, 2018
JAN: mg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-19467-VFP
Sandra Mercado                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 2          Date Rcvd: Apr 10, 2018
                           Form ID: 185          Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
db          Sandra Mercado,   445 Fern Pl,   Elizabeth, NJ 07202-2705
cr         +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,   1451 Thomas Langston Rd.,
            Winterville, NC 28590-8872
516875899  +Amerimark,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516814743  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank of America,   PO Box 982235,   El Paso TX  79998-2235)
516814744   Brylane Home,   PO Box 659728,   San Antonio, TX  78265-9728
516814745   Capital One,   PO Box 30285,   Salt Lake City, UT  84130-0285
516814746   Chase,   PO Box 15298,   Wilmington, DE  19850-5298
516814747   Comenity Bank,   PO Box 182273,   Columbus, OH  43218-2273
516857440  +Deutsche Bank National Trust Co.,Trustee(See 410),   c/o Specialized Loan Servicing LLC,
            8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516814749   First Premiere Bank,   PO Box 5524,   Sioux Falls, SD  57117-5524
516814751   Home Depot,   PO Box 790328,   Saint Louis, MO  63179-0328
516872104  +National Collegiate Student Loan Trust 2007-3,   Po Box 4275,   Norcross, GA 30091-4275
516814757   PayPal Credit,   PO Box 105658,   Atlanta, GA  30348-5658
516814759   SLS,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO  80129-2386
516814758   Seventh Avenue,   112 W 7th St,   Monroe, WI  53566-1099
516814760   Stoneberry,   PO Box 2820,   Monroe, WI  53566-8020
516814761   Synchrony Bank,   PO Box 105972,   Atlanta, GA  30348-5972
516814762   Target,   PO Box 660170,   Dallas, TX  75266-0170
516895539   Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,   P.O. BOX 19657,   IRVINE, CA 92623-9657
516814765   Wells Fargo Dealer Services,   PO Box 168048,   Irving, TX  75016-8048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2018 22:57:27     U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2018 22:57:24     United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
516814742   E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 23:01:11     Amazon,   PO Box 960013,
            Orlando, FL  32896-0013
517067046  +E-mail/Text: bncmail@w-legal.com Apr 10 2018 22:57:38     Comenity Capital Bank/Paypal Credit,
            c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
516895266  +E-mail/Text: bankruptcy@sccompanies.com Apr 10 2018 22:58:38     Country Door,
            c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516814748   E-mail/Text: bankruptcy@sccompanies.com Apr 10 2018 22:58:38     Direct Charge,   1112 7th Ave,
            Monroe, WI  53566-1364
516895268  +E-mail/Text: bankruptcy@sccompanies.com Apr 10 2018 22:58:38     Direct Charge,
            c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516814750   E-mail/Text: bankruptcy@sccompanies.com Apr 10 2018 22:58:38     Ginny's,   1112 7th Ave,
            Monroe, WI  53566-1364
516895269  +E-mail/Text: bankruptcy@sccompanies.com Apr 10 2018 22:58:38     Ginny's,
            c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516928866   E-mail/Text: bkr@cardworks.com Apr 10 2018 22:56:28     MERRICK BANK,
            Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
516814752   E-mail/Text: bkr@cardworks.com Apr 10 2018 22:56:28     Merrick Bank,   PO Box 9201,
            Old Bethpage, NY  11804-9001
517045861  +E-mail/Text: bankruptcy@mcmcg.com Apr 10 2018 22:57:23     Midland Funding LLC,
            PO Box 2011,   Warren, MI 48090-2011
516814753   E-mail/Text: bankruptcy@sccompanies.com Apr 10 2018 22:58:38     Midnight Velvet,
            1112 7th Ave,   Monroe, WI  53566-1364
516895267  +E-mail/Text: bankruptcy@sccompanies.com Apr 10 2018 22:58:38     Midnight Velvet,
            c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516814754   E-mail/Text: bankruptcy@sccompanies.com Apr 10 2018 22:58:38     Montgomery Ward,
            1112 7th Ave,   Monroe, WI  53566-1364
516895270  +E-mail/Text: bankruptcy@sccompanies.com Apr 10 2018 22:58:38     Montgomery Ward,
            c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516814755   E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 23:01:11     Old Navy,   PO Box 530942,
            Atlanta, GA  30353-0942
516814756   E-mail/Text: bankruptcy@sccompanies.com Apr 10 2018 22:58:38     One Step Ahead,   PO Box 2866,
            Monroe, WI  53566-8066
517068239   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 23:00:55
            Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
            Norfolk VA 23541
517068337   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 23:00:39
            Portfolio Recovery Associates, LLC,   c/o Rcs Direct Marketing/Household Bank,   POB 41067,
            Norfolk VA 23541
516908086   E-mail/Text: bnc-quantum@quantum3group.com Apr 10 2018 22:57:15
            Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
516895265  +E-mail/Text: bankruptcy@sccompanies.com Apr 10 2018 22:58:38     Seventh Avenue,
            c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516814763   E-mail/Text: bankruptcy@td.com Apr 10 2018 22:57:30     TD Bank,   1701 Marlton Pike E,
            Cherry Hill, NJ  08003-2390

```
District/off: 0312-2        User: admin               Page 2 of 2          Date Rcvd: Apr 10, 2018
                           Form ID: 185               Total Noticed: 45
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516875554      +E-mail/Text: bncmail@w-legal.com Apr 10 2018 22:57:38     TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516814764       E-mail/Text: bankruptcy@sccompanies.com Apr 10 2018 22:58:38    Through the Country Door,
               1112 7th Ave,   Monroe, WI 53566-1364
                                                                              TOTAL: 25


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517065864*     +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
         Brian C. Nicholas   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
          Morgan Stanley ABS Capital I Inc. Trust 2006- HE3 Mortgage Pass-Through Certificates, Series
          2006-HE3 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Edward Hanratty   on behalf of Debtor Sandra  Mercado thanratty@tomeslawfirm.com,
          ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com
         John R. Morton, Jr.  on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
          Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
         Marie-Ann Greenberg   magecf@magtrustee.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 5
```