Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−19467−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sandra Mercado
   445 Fern Pl
   Elizabeth, NJ 07202−2705

Social Security No.:
   xxx−xx−7688

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/22/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 22, 2019
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sandra Mercado  
    Debtor

Case No. 17-19467-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Feb 22, 2019
                      Form ID: 148                Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.
```
db              Sandra Mercado,    445 Fern Pl,    Elizabeth, NJ   07202-2705
516857440      +Deutsche Bank National Trust Co.,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516814751       Home Depot,    PO Box 790328,    Saint Louis, MO  63179-0328
516872104      +National Collegiate Student Loan Trust 2007-3,    Po Box 4275,    Norcross, GA 30091-4275
516814757      #PayPal Credit,    PO Box 105658,    Atlanta, GA  30348-5658
516814759       SLS,   8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2019 00:14:00     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2019 00:13:56     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: WFFC.COM Feb 23 2019 04:38:00     Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                 1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
516814742       EDI: RMSC.COM Feb 23 2019 04:38:00     Amazon,    PO Box 960013,    Orlando, FL  32896-0013
516875899      +EDI: CBSAMERIMARK Feb 23 2019 04:38:00     Amerimark,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
516814743       EDI: BANKAMER.COM Feb 23 2019 04:38:00     Bank of America,    PO Box 982235,
                 El Paso, TX  79998-2235
516814744       EDI: WFNNB.COM Feb 23 2019 04:38:00     Brylane Home,    PO Box 659728,
                 San Antonio, TX  78265-9728
516814745       EDI: CAPITALONE.COM Feb 23 2019 04:38:00     Capital One,    PO Box 30285,
                 Salt Lake City, UT  84130-0285
516814746       EDI: CHASE.COM Feb 23 2019 04:38:00     Chase,    PO Box 15298,    Wilmington, DE  19850-5298
516814747       EDI: WFNNB.COM Feb 23 2019 04:38:00     Comenity Bank,    PO Box 182273,
                 Columbus, OH  43218-2273
517067046      +E-mail/Text: bncmail@w-legal.com Feb 23 2019 00:14:14     Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516895266      +EDI: CBS7AVE Feb 23 2019 04:33:00     Country Door,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
516814748       EDI: CBS7AVE Feb 23 2019 04:33:00     Direct Charge,    1112 7th Ave,    Monroe, WI  53566-1364
516895268      +EDI: CBS7AVE Feb 23 2019 04:33:00     Direct Charge,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
516814749       EDI: AMINFOFP.COM Feb 23 2019 04:38:00     First Premiere Bank,    PO Box 5524,
                 Sioux Falls, SD  57117-5524
516814750       EDI: CBS7AVE Feb 23 2019 04:33:00     Ginny's,    1112 7th Ave,    Monroe, WI  53566-1364
516895269      +EDI: CBS7AVE Feb 23 2019 04:33:00     Ginny's,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
516928866       EDI: MERRICKBANK.COM Feb 23 2019 04:33:00     MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
516814752       EDI: MERRICKBANK.COM Feb 23 2019 04:33:00     Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY  11804-9001
517045861      +EDI: MID8.COM Feb 23 2019 04:38:00     Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
516814753       EDI: CBS7AVE Feb 23 2019 04:33:00     Midnight Velvet,    1112 7th Ave,    Monroe, WI  53566-1364
516895267      +EDI: CBS7AVE Feb 23 2019 04:33:00     Midnight Velvet,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
516814754       EDI: CBS7AVE Feb 23 2019 04:33:00     Montgomery Ward,    1112 7th Ave,    Monroe, WI  53566-1364
516895270      +EDI: CBS7AVE Feb 23 2019 04:33:00     Montgomery Ward,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
516814755       EDI: RMSC.COM Feb 23 2019 04:38:00     Old Navy,    PO Box 530942,    Atlanta, GA  30353-0942
516814756       EDI: CBS7AVE Feb 23 2019 04:33:00     One Step Ahead,    PO Box 2866,    Monroe, WI  53566-8066
517068239       EDI: PRA.COM Feb 23 2019 04:33:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517068337       EDI: PRA.COM Feb 23 2019 04:33:00     Portfolio Recovery Associates, LLC,
                 c/o Rcs Direct Marketing/Household Bank,    POB 41067,    Norfolk VA 23541
516908086       EDI: Q3G.COM Feb 23 2019 04:33:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
516814758       EDI: CBS7AVE Feb 23 2019 04:33:00     Seventh Avenue,    112 W 7th St,    Monroe, WI  53566-1099
516895265      +EDI: CBS7AVE Feb 23 2019 04:33:00     Seventh Avenue,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
516814760       EDI: CBSMASON Feb 23 2019 04:38:00     Stoneberry,    PO Box 2820,    Monroe, WI  53566-8020
516814761       EDI: RMSC.COM Feb 23 2019 04:38:00     Synchrony Bank,    PO Box 105972,
                 Atlanta, GA  30348-5972
516814763       EDI: TDBANKNORTH.COM Feb 23 2019 04:38:00     TD Bank,    1701 Marlton Pike E,
                 Cherry Hill, NJ  08003-2390
516875554      +E-mail/Text: bncmail@w-legal.com Feb 23 2019 00:14:14     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516814762       EDI: WTRRNBANK.COM Feb 23 2019 04:38:00     Target,    PO Box 660170,    Dallas, TX  75266-0170
516814764       EDI: CBS7AVE Feb 23 2019 04:33:00     Through the Country Door,    1112 7th Ave,
                 Monroe, WI  53566-1364
```

```
District/off: 0312-2           User: admin              Page 2 of 2             Date Rcvd: Feb 22, 2019
                               Form ID: 148             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516895539      EDI: WFFC.COM Feb 23 2019 04:38:00     Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 P.O. BOX 19657,    IRVINE, CA 92623-9657
516814765      EDI: WFFC.COM Feb 23 2019 04:38:00     Wells Fargo Dealer Services,   PO Box 168048,
                 Irving, TX   75016-8048
                                                                                               TOTAL: 39

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517065864*    +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2019 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006- HE3 Mortgage Pass-Through Certificates, Series
               2006-HE3 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Edward   Hanratty    on behalf of Debtor Sandra   Mercado thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mortoncraigcf@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 5
```