Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>   Case No.: 17−19467−VFP
>   Chapter: 13
>   Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sandra Mercado
   445 Fern Pl
   Elizabeth, NJ 07202−2705

Social Security No.:
   xxx−xx−7688

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on June 12, 2018.

   On 6/11/21 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:         July 15, 2021
Time:         08:30 AM
Location:     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 11, 2021
JAN: wdh

>   Jeanne Naughton
>   Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                       Case No. 17-19467-VFP

Sandra Mercado                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                       User: admin                      Page 1 of 3

Date Rcvd: Jun 11, 2021              Form ID: 185                 Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sandra Mercado, 445 Fern Pl, Elizabeth, NJ 07202-2705 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 516814743 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 516857440 | + | Deutsche Bank National Trust Co.,Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516814749 | | First Premiere Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 516872104 | + | National Collegiate Student Loan Trust 2007-3, Po Box 4275, Norcross, GA 30091-4275 |
| 516814759 | | SLS, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 516814762 | | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 516895539 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657 |
| 516814765 | | Wells Fargo Dealer Services, PO Box 168048, Irving, TX 75016-8048 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 11 2021 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 11 2021 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516814742 | | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:04:10 | Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 516875899 | + | Email/Text: bankruptcy@sccompanies.com | Jun 11 2021 21:01:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814744 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 21:03:00 | Brylane Home, PO Box 659728, San Antonio, TX 78265-9728 |
| 516814745 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 11 2021 22:05:47 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516814747 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 21:03:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 517067046 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 21:03:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516895266 | + | Email/Text: bankruptcy@sccompanies.com | Jun 11 2021 21:05:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814748 | | Email/Text: bankruptcy@sccompanies.com | Jun 11 2021 21:05:00 | Direct Charge, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516895268 | + | Email/Text: bankruptcy@sccompanies.com | | |

Case 17-19467-VFP    Doc 96    Filed 06/13/21    Entered 06/14/21 00:19:24    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jun 11, 2021 | Form ID: 185 | Total Noticed: 46 |

| | | | |
| --- | --- | --- | --- |
| | | Jun 11 2021 21:05:00 | Direct Charge, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516895269 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 11 2021 21:05:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814750 | Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 11 2021 21:05:00 | Ginny's, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516814751 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 11 2021 22:04:32 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 516814746 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Jun 11 2021 22:04:20 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 516928866 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jun 11 2021 22:05:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516814752 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jun 11 2021 22:05:33 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517045861 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 11 2021 21:04:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516814753 | Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 11 2021 21:05:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516895267 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 11 2021 21:05:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814754 | Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 11 2021 21:05:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516895270 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 11 2021 21:05:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814755 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 11 2021 22:04:10 | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 516814756 | Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 11 2021 21:05:00 | One Step Ahead, PO Box 2866, Monroe, WI 53566-8066 |
| 517068239 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 11 2021 22:04:34 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517068337 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 11 2021 22:05:56 | Portfolio Recovery Associates, LLC, c/o Rcs Direct Marketing/Household Bank, POB 41067, Norfolk VA 23541 |
| 516814757 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 11 2021 22:04:10 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 516908086 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 11 2021 21:03:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516895265 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 11 2021 21:05:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814758 | Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 11 2021 21:05:00 | Seventh Avenue, 112 W 7th St, Monroe, WI 53566-1099 |
| 516814760 | Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 11 2021 21:01:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 516814761 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 11 2021 22:04:10 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 516814763 | Email/Text: bankruptcy@td.com | | |
| | | Jun 11 2021 21:04:00 | TD Bank, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 516875554 | + Email/Text: bncmail@w-legal.com | | |
| | | Jun 11 2021 21:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516814764 | Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 11 2021 21:05:00 | Through the Country Door, 1112 7th Ave, |

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Jun 11, 2021 Form ID: 185 Total Noticed: 46

Monroe, WI 53566-1364

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517065864 | *+ | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006- HE3 Mortgage Pass-Through Certificates, Series 2006-HE3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor Sandra Mercado thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6