Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−19467−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sandra Mercado
   445 Fern Pl
   Elizabeth, NJ 07202−2705

Social Security No.:
   xxx−xx−7688

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/5/21 at 10:00 AM

to consider and act upon the following:

*100* − Creditor's Certification of Default (related document:85 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 07/15/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

*101* − Response to (related document: 100 Creditor's Certification of Default filed by Creditor Specialized Loan Servicing LLC. Modified on 7/15/2021 (jf).

Dated: 7/15/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court