Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−19467−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sandra Mercado
  445 Fern Pl
  Elizabeth, NJ 07202−2705

Social Security No.:
  xxx−xx−7688

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 16, 2021.


Dated: July 16, 2021
JAN: mcp

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-19467-VFP |
| Sandra Mercado | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 16, 2021 | Form ID: plncf13 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sandra Mercado, 445 Fern Pl, Elizabeth, NJ 07202-2705 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 516814743 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 516857440 | + | Deutsche Bank National Trust Co.,Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516814749 | | First Premiere Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 516872104 | + | National Collegiate Student Loan Trust 2007-3, Po Box 4275, Norcross, GA 30091-4275 |
| 516814759 | | SLS, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 516814762 | | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 516895539 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657 |
| 516814765 | | Wells Fargo Dealer Services, PO Box 168048, Irving, TX 75016-8048 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 16 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 16 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516814742 | | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 20:42:04 | Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 516875899 | + | Email/Text: bankruptcy@sccompanies.com | Jul 16 2021 20:35:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814744 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 20:35:00 | Brylane Home, PO Box 659728, San Antonio, TX 78265-9728 |
| 516814745 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 16 2021 20:52:19 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516814747 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 20:35:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 517067046 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 20:35:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516895266 | + | Email/Text: bankruptcy@sccompanies.com | Jul 16 2021 20:36:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814748 | | Email/Text: bankruptcy@sccompanies.com | Jul 16 2021 20:36:00 | Direct Charge, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516895268 | + | Email/Text: bankruptcy@sccompanies.com | | |

Case 17-19467-VFP    Doc 106    Filed 07/18/21    Entered 07/19/21 00:22:09    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: plncf13 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 16 2021 20:36:00 | Direct Charge, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516895269 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jul 16 2021 20:36:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814750 | | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jul 16 2021 20:36:00 | Ginny's, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516814751 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 16 2021 20:42:08 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 516814746 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | | Jul 16 2021 20:42:03 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 516928866 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jul 16 2021 20:41:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516814752 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jul 16 2021 20:41:52 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517045861 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 16 2021 20:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516814753 | | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jul 16 2021 20:36:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516895267 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jul 16 2021 20:36:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814754 | | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jul 16 2021 20:36:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516895270 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jul 16 2021 20:36:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814755 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 16 2021 20:42:05 | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 516814756 | | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jul 16 2021 20:36:00 | One Step Ahead, PO Box 2866, Monroe, WI 53566-8066 |
| 517068239 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 16 2021 20:42:06 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517068337 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 16 2021 20:41:54 | Portfolio Recovery Associates, LLC, c/o Rcs Direct Marketing/Household Bank, POB 41067, Norfolk VA 23541 |
| 516814757 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 16 2021 20:41:58 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 516908086 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 16 2021 20:35:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516895265 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jul 16 2021 20:36:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814758 | | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jul 16 2021 20:36:00 | Seventh Avenue, 112 W 7th St, Monroe, WI 53566-1099 |
| 516814760 | | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jul 16 2021 20:35:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 516814761 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 16 2021 20:41:58 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 516814763 | | Email/Text: bankruptcy@td.com | | |
| | | | Jul 16 2021 20:35:00 | TD Bank, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 516875554 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Jul 16 2021 20:36:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516814764 | | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jul 16 2021 20:36:00 | Through the Country Door, 1112 7th Ave, |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: plncf13 | Total Noticed: 46 |

Monroe, WI 53566-1364

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517065864 | *+ | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006- HE3 Mortgage Pass-Through Certificates, Series 2006-HE3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor Sandra Mercado thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6