**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sandra Mercado | Social Security number or ITIN   xxx–xx–7688 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–19467–VFP

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sandra Mercado

7/25/22

**By the court:** <u>Vincent F. Papalia</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:

Sandra Mercado
     Debtor

Case No. 17-19467-VFP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: 3180W | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sandra Mercado, 445 Fern Pl, Elizabeth, NJ 07202-2705 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 25 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 25 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: WFFC.COM | Jul 26 2022 00:43:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 516814742 | | EDI: RMSC.COM | Jul 26 2022 00:43:00 | Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 516875899 | + | EDI: CBSAMERIMARK | Jul 26 2022 00:43:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814743 | | EDI: BANKAMER.COM | Jul 26 2022 00:43:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 516814744 | | EDI: WFNNB.COM | Jul 26 2022 00:43:00 | Brylane Home, PO Box 659728, San Antonio, TX 78265-9728 |
| 516814745 | | EDI: CAPITALONE.COM | Jul 26 2022 00:43:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516814747 | | EDI: WFNNB.COM | Jul 26 2022 00:43:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 517067046 | + | EDI: WFNNB.COM | Jul 26 2022 00:43:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516895266 | + | EDI: CBS7AVE | Jul 26 2022 00:43:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519285976 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 25 2022 20:44:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 516857440 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 25 2022 20:44:00 | Deutsche Bank National Trust Co.,Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516814748 | | EDI: CBS7AVE | Jul 26 2022 00:43:00 | Direct Charge, 1112 7th Ave, Monroe, WI |

District/off: 0312-2  User: admin  Page 2 of 4
Date Rcvd: Jul 25, 2022  Form ID: 3180W  Total Noticed: 47

| | | | |
|---|---|---|---|
| | | | 53566-1364 |
| 516895268 | + EDI: CBS7AVE | Jul 26 2022 00:43:00 | Direct Charge, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814749 | EDI: AMINFOFP.COM | Jul 26 2022 00:43:00 | First Premiere Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 516895269 | + EDI: CBS7AVE | Jul 26 2022 00:43:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814750 | EDI: CBS7AVE | Jul 26 2022 00:43:00 | Ginny's, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516814751 | EDI: CITICORP.COM | Jul 26 2022 00:43:00 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 516814746 | EDI: JPMORGANCHASE | Jul 26 2022 00:43:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 516928866 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2022 20:49:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516814752 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2022 20:49:24 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517045861 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2022 20:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516814753 | EDI: CBS7AVE | Jul 26 2022 00:43:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516895267 | + EDI: CBS7AVE | Jul 26 2022 00:43:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814754 | EDI: CBS7AVE | Jul 26 2022 00:43:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516895270 | + EDI: CBS7AVE | Jul 26 2022 00:43:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516872104 | + Email/Text: TSIBNCBOX4275@tsico.com | Jul 25 2022 20:44:00 | National Collegiate Student Loan Trust 2007-3, Po Box 4275, Norcross, GA 30091-4275 |
| 516814755 | EDI: RMSC.COM | Jul 26 2022 00:43:00 | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 516814756 | EDI: CBS7AVE | Jul 26 2022 00:43:00 | One Step Ahead, PO Box 2866, Monroe, WI 53566-8066 |
| 517068239 | EDI: PRA.COM | Jul 26 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517068337 | EDI: PRA.COM | Jul 26 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Rcs Direct Marketing/Household Bank, POB 41067, Norfolk VA 23541 |
| 516814757 | EDI: RMSC.COM | Jul 26 2022 00:43:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 516908086 | EDI: Q3G.COM | Jul 26 2022 00:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516814759 | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 25 2022 20:44:00 | SLS, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 516895265 | + EDI: CBS7AVE | Jul 26 2022 00:43:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516814758 | EDI: CBS7AVE | Jul 26 2022 00:43:00 | Seventh Avenue, 112 W 7th St, Monroe, WI 53566-1099 |
| 516814760 | EDI: CBSMASON | Jul 26 2022 00:43:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 516814761 | EDI: RMSC.COM | | |

District/off: 0312-2 | User: admin | Page 3 of 4
Date Rcvd: Jul 25, 2022 | Form ID: 3180W | Total Noticed: 47

| | | | |
|---|---|---|---|
| | | Jul 26 2022 00:43:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 516814763 | EDI: TDBANKNORTH.COM | | |
| | | Jul 26 2022 00:43:00 | TD Bank, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 516875554 | + Email/Text: bncmail@w-legal.com | | |
| | | Jul 25 2022 20:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516814762 | EDI: WTRRNBANK.COM | | |
| | | Jul 26 2022 00:43:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 516814764 | EDI: CBS7AVE | | |
| | | Jul 26 2022 00:43:00 | Through the Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516895539 | EDI: WFAUTO | | |
| | | Jul 26 2022 00:43:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657 |
| 516814765 | EDI: WFFC.COM | | |
| | | Jul 26 2022 00:43:00 | Wells Fargo Dealer Services, PO Box 168048, Irving, TX 75016-8048 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517065864 | *+ | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006- HE3 Mortgage Pass-Through Certificates, Series 2006-HE3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor Sandra Mercado thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2                            User: admin                                    Page 4 of 4
Date Rcvd: Jul 25, 2022                        Form ID: 3180W                                  Total Noticed: 47

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6